# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Joshua P. Blankenship*  
Criminal No. RWT-11-461

DATE: January 6, 2012

\* \* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the telephone status conference currently scheduled on January 11, 2012 at 8:45 a.m. is **RESCHEDULED for January 11, 2012 at 9:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge