# EXHIBIT A:
## STIPULATED FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **JOSHUA P. BLAKENSHIP** (**"BLANKENSHIP"**) was a resident of Solomons, Maryland.

**BLANKENSHIP** "friended" K.M., a female he knew to be 16 years of age, on Facebook in January 2011. **BLANKENSHIP** and K.M. began communicating through text messaging on their cellular telephones. In March 2011, **BLANKENSHIP** asked K.M. for a nude photograph of herself. K.M. sent **BLANKENSHIP** a nude photo she took on her cellular phone.

On July 4, 2011, **BLANKENSHIP** sent a text message to K.M. requesting 10 nude pictures. **BLANKENSHIP** sent a text to K.M. telling her that if she did not produce and send the photographs, she would go to jail because she had sent an illegal image on her cell phone. Between July 5-7, 2011, **BLANKENSHIP** sent K.M. numerous text describing images he wanted her to produce and threatening to turn her into the police if she refused.

**BLANKENSHIP** specifically described pictures he wanted K.M. to produce to include pictures of K.M. "fisting" herself and inserting objects into her vagina. K.M. produced several dozen pictures and sent them to **BLANKENSHIP**, which he acknowledged he received.

Three of the images **BLANKENSHIP** had K.M. produce and transmit are described as follows:

* A close up photo of K.M.'s vagina with her hand inserted in her vagina.

* A photo of K.M. nude and standing in front of a bathroom mirror touching the side of her vagina while taking the photo.

* A close up of K.M.'s vagina with a TV remote control inserted halfway into her vagina.

**BLANKENSHIP** was identified and his residence searched on August 5, 2011. **BLANKENSHIP** provided a written statement where he admitted to forcing people to send him pictures, specifically people under 18 years of age. **BLANKENSHIP** also admitted to creating a fake profile on an Internet forum to gain access to pictures and videos of females for his personal use.

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

JAN 4 2013

8

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                          DEPUTY

**BLANKENSHIP** had K.M. produce and transmit the images from her home, outside of Maryland, to his cell phone, located in Maryland. The images traveled in interstate commerce.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

12·17·12
Date

Joshua P. Blankenship

I am Mr. Blankenship's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_____
Date

~~Ebise Bayisa,~~ Esq
ALAN R.L BUSSARD

9